

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2022

No. 04-22-00212-CV

**LISHMAN LAW, PLLC**, Sarah Anne Lishman, and Caroline Hulett,
Appellants

v.

Jamie **GRAHAM** & Associates, PLLC,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-05166
Honorable Aaron Haas, Judge Presiding

# O R D E R

Appellant's brief was originally due May 16, 2022. On May 9, 2022, appellant filed a motion requesting a twenty-day extension of that deadline. After consideration, we **GRANT** the motion and **ORDER** appellant to file her brief **by JUNE 6, 2022.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of May, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court